# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Gloria A. Angus
Angus Law Firm, LLC
P. O. Box 2337
Opelousas LA 70571

Stanley Stephen Spring, II
Spring, Spring & Assoc.
733 East Airport Ave. #104
Baton Rouge LA 70806


**REHEARING ACTION: December 28, 2012**


**Docket Number: 12   00716-KW**

**STATE OF LOUISIANA
VERSUS
LINDA SENEGAL**

**Writ Application from St. Landry Parish Case No. 11:C-792**


**BEFORE JUDGES:**

**Hon. Oswald A. Decuir
Hon. Elizabeth A. Pickett
Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Linda Senegal** has this day been

**DENIED.**


cc: Clovus Jackson Ashley, II, Counsel for  the Respondent